1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562) 868-5886
   Fax: (562) 868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Antranik Anthony Kevorkian
6

7
                **UNITED STATES DISTRICT COURT**
8                **CENTRAL DISTRICT OF CALIFORNIA**
                       **WESTERN DIVISION**
9

10

11 | ANTRANIK ANTHONY         ) Case No.: 2:19-cv-06918-MRW
   | KEVORKIAN,               )
12 |                          ) ORDER OF DISMISSAL
   |                          )
13 |         Plaintiff,        )
   |                          )
14 |    vs.                   )
   |                          )
15 |                          )
   | ANDREW SAUL,             )
16 | Commissioner of Social Security, )
   |                          )
17 |                          )
   |         Defendant.        )
18

19
       The above captioned matter is dismissed with prejudice, each party to bear
20
   its own fees, costs, and expenses.
21
       IT IS SO ORDERED.
22

23 DATE: April 20, 2020

                                        _____
24                                      THE HONORABLE MICHAEL R. WILNER
                                        UNITED STATES MAGISTRATE JUDGE
25

26

-1-

| | |
|---|---|
| 1 | DATE: April 16, 2020 |

DATE: April 16, 2020          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
    Denise Bourgeois Haley
    Attorney for plaintiff Antranik Anthony Kevorkian

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:19-CV-06918-MRW

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 16, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____

Denise Bourgeois Haley
Attorneys for Plaintiff
_____